UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA HUEMER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SANTA CRUZ COUNTY ANIMAL SHELTER FOUNDATION, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-07372-SVK<br><br>**ORDER TERMINATING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 19 |

On December 29, 2021, Defendants filed a motion to dismiss the original complaint in this case. Dkt. 19. On January 19, 2022, Plaintiff filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 24. As a result, the Court terminates the motion to dismiss the original complaint as moot.

**SO ORDERED.**

Dated: January 20, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge